

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Alfonso Hernandez a/k/a
Alfonso Darden,

Vs. No. 11-14-00323-CR

The State of Texas,

\* From the 35th District Court
  of Brown County,
  Trial Court No. CR22626.

\* November 30, 2016

\* Memorandum Opinion by Bailey, J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.